UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-61694-CIV-DIMITROULEAS/ROSENBAUM

DAVID DOUGLAS BARNES,

      Claimant,

v.

UNITED STATES OF AMERICA,
ex rel ATF,

      Respondents.

_____/

## ORDER

      This matter comes before the undersigned on Defendant's *Ore Tenus* Motion that his Motion for Contempt and to Compel [D.E. 4], the Government's Response [D.E. 9], Claimant's Reply [D.E. 13], the recording of the April 2, 2008, hearing, and the Report and Recommendation of the undersigned be sealed.  For the reasons noted in the April 3, 2008, Report and Recommendation at pp. 6-7, the Court hereby **GRANTS** Claimant's *Ore Tenus* Motion to Seal and **ORDERS** that the documents and materials identified above be sealed until further order of the Court.

      **DONE AND ORDERED** at Fort Lauderdale, Florida, this 3rd day of April, 2008.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable William P. Dimitrouleas
       Counsel of Record